United States Bankruptcy Court
Western District of Oklahoma

In re:  
Abraham Yehuda Lansberg  
    Debtor

Case No. 18-13827-JDL  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1087-5　　　　User: tkan　　　　　　　Page 1 of 1　　　　　　　Date Rcvd: Sep 21, 2018  
　　　　　　　　　　　　　Form ID: pdf003　　　　Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2018.  
db　　　　　+Abraham Yehuda Lansberg,   808 NW 138th St,   Edmond, OK 73013-1953  
tr　　　　　 Joel C. Hall,   210 Park Avenue,   3001 Oklahoma Tower,   Oklahoma City, OK   73102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg　　　　　 E-mail/Text: bankruptcy@oesc.state.ok.us Sep 21 2018 22:28:23  
　　　　　　　 Oklahoma Employment Security Commission,   PO Box 53039,   Oklahoma City, OK   73152-3039  
ust　　　　 +E-mail/Text: USTPRegion20.OC.ECF@usdoj.gov Sep 21 2018 22:28:12    United States Trustee,  
　　　　　　　 United States Trustee,   215 Dean A. McGee Ave., 4th Floor,   Oklahoma City, OK 73102-3479  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

　　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2018 at the address(es) listed below:  
　　　　　 Joel C. Hall    joel@okcfirm.com,  jhall@ecf.epiqsystems.com  
　　　　　 United States Trustee    Ustpregion20.oc.ecf@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Dated: September 21, 2018**

**The following is ORDERED:**




Janice D. Loyd
U.S. Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

IN RE:                                  )
                                        ) Case No. 18-13827-JDL
Abraham Yehuda Lansberg,                ) Chapter 7
                                        )
            Debtor.                     )

### ORDER 1) DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS
### 2) DIRECTING PAYMENT OF FILING FEES ON OR BEFORE SEPTEMBER 26, 2018,
### AND 3) SETTING HEARING TO CONSIDER DISMISSAL OF CASE
### IF FILING FEE IS NOT PAID

On September 11, 2018, Debtor made application to proceed in forma pauperis [Doc. 4]. A review of the case indicates Debtor has not filed schedules or statement of financial affairs. Therefore, the Court does not have sufficient information to determine the basis of Debtor's request to proceed without payment of the filing fee.

Accordingly, Debtor's application to proceed in forma pauperis is denied. Debtor is directed to pay the filing fee in the amount of $335.00 on or before September 26, 2018. **If the filing fee is not paid on or before September 26, 2018, a hearing to consider dismissal of the case will be held on October 2, 2018, at 9:30 A.M.** If Debtor timely files all the required documents in his case, he may reapply to proceed in forma pauperis.

# # #